UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| | : | 3:01 MJ 76 (WIG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| WILLIAM M. CUTRONE, | : | |
| | : | |
| Defendant. | : | FEBRUARY 16, 2005 |

## MOTION FOR RETURN OF PASSPORT

Defendant William M. Cutrone, through his attorneys, respectfully moves this Court to order the return of Mr. Cutrone's passport. In support of his motion, Mr. Cutrone states as follows:

1. The Clerk of Court received Mr. Cutrone's passport, USA Passport No. 158683971, on March 12, 2001, and is currently still in possession of such passport.

2. The Clerk of Court has requested by letter dated February 7, 2005, that Mr. Cutrone file a motion seeking return of his passport.

WHEREFORE, Mr. Cutrone respectfully requests that the Court enter an Order granting the return of his passport.

THE DEFENDANT
WILLIAM M. CUTRONE

By_____
    Michael G. Considine (ct16027)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901-2047
    (203) 977-7300

    His Attorneys

71271614.1 021714-00000
February 16, 2005 1:22 PM

# **CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing Motion for Return of Passport was sent via regular mail, this 16th day of February, 2005, to:

| | |
|---|---|
| Andrew Ceresney, Esq. | Probation Officer Brian McNulty |
| Assistant United States Attorney | United States Probation Office |
| Office of the United States Attorney | 500 Pearl Street, 7th Floor |
| The Silvio J. Mollo Office Building | New York, NY  10007-1312 |
| One Saint Andrew's Plaza | |
| New  York, NY  10007 | |

Brian E. Spears, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Blvd.
Bridgeport, CT  06604

                                                                                   Cecily Kerr Ziegler