**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

FILED

2005 APR 15 P 12: 08

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CHRYS CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

April 12, 2005

Michael G. Considine
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Re:   3:01mj76(WIG) USA v. William M. Cutrone

Dear Counselor:

Per Court Order, we are returning Mr. William M. Cutrone's passport in the above referenced case.

USA Passport #158683971

Please acknowledge by signing the enclosed copy of this letter and return in the postage-paid envelope.

KEVIN F. ROWE, CLERK

Enclosure

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael G. Considine
   Day, Berry + Howard LLP
   One Canterbury Green
   Stamford, CT 06901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 0510 0003 7958 5404

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835